1  Jeannine Sano (174190)
2  Eric Krause (257925)
   Jason Xu (*pro hac vice*)
3  Leon Miniovich (*pro hac vice*)
   White & Case LLP
4  3000 El Camino Real
   Five Palo Alto Square, 9th Floor
5  Palo Alto, CA  94306-2109
   Telephone:  (650) 213-0356
6  WCGooglePersonalLLCTeam@whitecase.com

7
   Attorneys for Plaintiff
8  GOOGLE LLC

9
                UNITED STATES DISTRICT COURT
10
              NORTHERN DISTRICT OF CALIFORNIA
11
                  SAN FRANCISCO DIVISION
12

13
   GOOGLE LLC,                          Case No.  3:17-cv-005583-VC
14
                    Plaintiff,          **STIPULATION TO EXTEND**
15                                       **CERTAIN DEADLINES**
           v.                            **PURSUANT TO CIVIL LOCAL**
16                                       **RULE 6-2**
   PERSONAL AUDIO, LLC,
17
                    Defendant.
18

19
           Pursuant to Civil L.R. 6-2(a), Plaintiff Google LLC and Defendant Personal Audio, LLC
20
   hereby stipulate and request an extension of the following dates in view of the upcoming year-end
21
   holidays and to accommodate other scheduling difficulties.
22
           Personal Audio's motion to dismiss, *see* ECF No. 16, is currently scheduled for hearing
23
   on January 11, 2018.  The parties have met and conferred and request that the hearing date be
24
   moved to February 20, 2018.  *See* Krause Decl. ¶ 3.  The parties further stipulate and request an
25
   extension of time for Google to file its response to Personal Audio's Motion until January 16,
26
   2018 and an extension of time for Personal Audio to file its reply until February 1, 2018.  *See id.*
27
   at ¶ 2.
28

                                       1

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

1    Additionally, the Initial Case Management Conference in this case is currently set for

2    January 9, 2018, which would require the Joint Case Management Statement to be submitted by

3    January 2, 2018.  Subject to the Court's calendar, the parties respectfully request that the Initial

4    Case Management Conference also be rescheduled for the same date as the hearing on Personal

5    Audio's motion, February 20, 2018, if possible.  *See id.* ¶ 4.

6

7    Dated:    December 11, 2017                    Respectfully submitted,

8                                                  By:   */s/ Eric Krause*
                                                          Eric Krause

9

10                                                 Counsel for Plaintiff
                                                   GOOGLE LLC

11

12   Dated:    December 11, 2017                   By:   */s/ Douglas Q. Hahn*

13

14                                                 Counsel for Defendant
                                                   Personal Audio, LLC

15

16       I hereby attest that concurrence in the filing of the document has been obtained from all

17   other signatories pursuant to Civil L.R. 5-1(i)(3).

18
                                                   By:   */s/ Eric Krause*
19                                                        Eric Krause

20

21

22

23

24

25

26

27

28

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

2