Jeannine Sano (174190)
Eric Krause (257925)
Jason Xu (*pro hac vice*)
Leon Miniovich (*pro hac vice*)
White & Case LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0356
WCGooglePersonalLLCTeam@whitecase.com

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>PERSONAL AUDIO, LLC,<br><br>                    Defendant. | Case No.  3:17-cv-005583-VC<br><br>**DECLARATION OF ERIC KRAUSE IN SUPPORT OF STIPULATION PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12** |

I, Eric Krause, hereby declare as follows:

1.     I am an attorney with White & Case LLP, one of the attorneys of record for Google LLC in the above-captioned matter.  I am licensed to practice in California and admitted to this Court.  I make this declaration based on my personal knowledge and the record in this action, and if called upon as a witness, I could and would testify competently as to the matters set forth below regarding the agreement of Plaintiff Google LLC ("Google") and Defendant Personal Audio, LLC ("Personal Audio") to jointly request an extension of the case deadlines set forth in the Stipulation Pursuant to Civil Local Rules 6-2 and 7-12 in view of the upcoming year-end holidays and to accommodate other scheduling difficulties.

1

2. The parties previously agreed to a stipulation to enlarge the time for Personal Audio to respond to Google's Complaint for Declaratory Judgment until December 1, 2017. *See* ECF No. 14. The parties stipulate and request an extension of time for Google to file its response to Personal Audio's motion to dismiss until January 16, 2018 and for Personal Audio to file its reply until February 1, 2018.

3. Personal Audio's motion proposed a hearing date of January 11, 2018. *See* ECF No. 16 at 1. The parties have since met and conferred and agreed to request a hearing date of February 20, 2018.

4. The Court previously set the Initial Case Management Conference in this case for January 9, 2018, which requires the Joint Case Management Statement to be submitted by January 2, 2018. Personal Audio has requested to have the motion hearing and case management conference on the same date. The parties therefore respectfully request that the Case Management Conference also be rescheduled to February 20, 2018 if possible, subject to the Court's calendar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2017 at Palo Alto, California.

*/s/ Eric Krause*
Eric Krause